UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff,

-vs- Case No. 3:14-cr-67

JOHN REED,

Defendant.

### ORDER GRANTING MOTION TO DISMISS THE INDICTMENT

This matter is before the Court on the Government's Motion to Dismiss the Indictment (doc. 24). On May 15, 2014, an Indictment was filed against the above named Defendant. Pursuant to the Government, the Defendant passed away in late 2014.

Therefore, it is the Order of the Court that the Government's Motion to Dismiss the Indictment (doc.24) is GRANTED and the proceedings in this case be hereby terminated.

**DONE** and **ORDERED** in Dayton, Ohio, this 22nd day of January 2015.

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE